Robert Yaquinto, Jr.
Chapter 7 Trustee
509 N. Montclair Avenue
Dallas, TX  75208
(214) 942-5502

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| BASE HOLDINGS, LLC | § | Case No. 09-34269 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT YAQUINTO, JR., TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 712,889.04                      Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 163,210.76      Claims Discharged
                                                  Without Payment: 3,347,969.99

Total Expenses of Administration: 336,789.24

---

3) Total gross receipts of $ 500,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 500,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,960,058.00 | $ 3,868,027.09 | $ 3,868,027.09 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 336,789.24 | 336,789.24 | 336,789.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 5,679.52 | 5,679.52 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,074,055.47 | 3,980,082.49 | 3,170,050.26 | 163,210.76 |
| **TOTAL DISBURSEMENTS** | $ 3,034,113.47 | $ 8,190,578.34 | $ 7,380,546.11 | $ 500,000.00 |

    4) This case was originally filed under chapter 11 on 07/06/2009 , and it was converted to chapter 7 on 12/03/2009 . The case was pending for 94 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2017    By:/s/ROBERT YAQUINTO, JR., TRUSTEE
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OTHER CONTINGENT/UNLIQUIDATED CLAIMS | 1129-000 | 500,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 500,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First United Bank and Trust Company 1400 West Main Street Durant, OK 74701 | | 1,464,961.00 | NA | NA | 0.00 |
| | Texas Mezzanine Fund, Inc. Attn: Theresa Lee 320 South R.L. Thornton Freeway - Suite 110 Dallas, TX 75203 | | 495,097.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | FIRST UNITED BANK AND TRUST COMPANY | 4210-000 | NA | 3,373,459.13 | 3,373,459.13 | 0.00 |
| 000005 | TEXAS MEZZANINE FUND, INC. | 4220-000 | NA | 494,567.96 | 494,567.96 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 1,960,058.00 | $ 3,868,027.09 | $ 3,868,027.09 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT YAQUINTO, JR., TRUSTEE | 2100-000 | NA | 28,250.00 | 28,250.00 | 28,250.00 |
| ROBERT YAQUINTO, JR., TRUSTEE | 2200-000 | NA | 667.34 | 667.34 | 667.34 |
| GLOBAL SURETY, LLC | 2300-000 | NA | -129.00 | -129.00 | -129.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| UNION BANK | 2600-000 | NA | 1,803.78 | 1,803.78 | 1,803.78 |
| US TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| SHERMAN & YAQUINTO | 3110-000 | NA | 39,637.50 | 39,637.50 | 39,637.50 |
| SHERMAN & YAQUINTO | 3120-000 | NA | 376.42 | 376.42 | 376.42 |
| MUNSCH HARDT KOPF & HARR | 3210-000 | NA | 75,414.08 | 75,414.08 | 75,414.08 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GRUBER ELROD JOHANSEN HAIL SHANK | 3210-600 | NA | 83,333.33 | 83,333.33 | 83,333.33 |
| KESSLER COLLINS, P.C. | 3210-600 | NA | 83,333.33 | 83,333.33 | 83,333.33 |
| GRUBER ELROD JOHANSEN HAIL SHANK | 3220-610 | NA | 6,110.06 | 6,110.06 | 6,110.06 |
| KESSLER COLLINS, P.C. | 3220-610 | NA | 11,314.18 | 11,314.18 | 11,314.18 |
| LAIN, FAULKNER & CO., P.C. | 3410-000 | NA | 5,050.00 | 5,050.00 | 5,050.00 |
| LAIN, FAULKNER & CO., P.C. | 3420-000 | NA | 303.22 | 303.22 | 303.22 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 336,789.24 | $ 336,789.24 | $ 336,789.24 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employees | | 0.00 | NA | NA | 0.00 |
| 000003 | DALLAS COUNTY | 5800-000 | NA | 5,679.52 | 5,679.52 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 5,679.52 | $ 5,679.52 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Admiral Linen and Uniform Service 2030 Kipling - Houston, TX 77098 | | 63.87 | NA | NA | 0.00 |
| | Alliance Enterprise Corporation 2435 N. Central Expressway, #200 - Richardson, TX 75080 | | 997.50 | NA | NA | 0.00 |
| | American Food Service 4721 Simonton Road - Dallas, TX 75244 | | 480.18 | NA | NA | 0.00 |
| | Andrews Distributing 2730 Irving Boulevard - Dallas, TX 75207 | | 230.35 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ben E. Keith Co. Beer 1805 Record Crossing - Dallas, TX 75235 | | 44.00 | NA | NA | 0.00 |
| | Blast Masters LLC P.O. Box 2684 - Big Spring, TX 79721 | | 1,175.00 | NA | NA | 0.00 |
| | Centennial Fine Wine & Spirits 10410 Finnell Street - Dallas, TX 75220 | | 182.50 | NA | NA | 0.00 |
| | Cintas First Aid & Safety P.O. Box 1549 - Coppell, TX 75019 | | 76.25 | NA | NA | 0.00 |
| | Dallas Love Field Joint Venture, Ltd. 8008 Cedar Springs Rd. - Suite 301 Dallas, TX 75235 | | 303,621.00 | NA | NA | 0.00 |
| | Multi Restaurants Concepts, Ltd. 8008 Cedar Springs, Rd. - Suite 301 Dallas, TX 75235 | | 28,445.00 | NA | NA | 0.00 |
| | Pepsi P.O. Box 75948 - Chicago, IL 60675-5948 | | 0.00 | NA | NA | 0.00 |
| | Texas Cash Register 11332 Mathis Drive - Dallas, TX 75229 | | 135.32 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | BRINKER INTERNATIONAL, INC. | 7100-000 | 118,000.00 | 136,987.20 | 136,987.20 | 14,375.27 |
| 000007 | CENTER OPERATING COMPANY, L.P. | 7100-000 | 57,423.00 | 1,595,918.83 | 1,595,918.83 | 0.00 |
| 000014 | COURTYARD BY MARRIOTT-DALLAS MARKET | 7100-000 | NA | 18,837.00 | 18,837.00 | 0.00 |
| 000009 | DEAN PICKERELL | 7100-000 | 500,000.00 | 541,694.39 | 541,694.39 | 56,844.77 |
| 000010 | FIRST UNITED BANK AND TRUST COMPANY | 7100-000 | NA | 1,370,084.68 | 576,889.45 | 60,538.09 |
| 000001 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000016 | PATRICK GLEASON | 7100-000 | 0.00 | 220,000.00 | 220,000.00 | 23,086.54 |
| 000004 | BDO SEIDMAN | 7100-001 | 850.00 | 850.00 | 850.00 | 89.20 |
| 000013 | BEN E. KEITH CO. FOODS | 7100-001 | 4,502.72 | 5,970.60 | 5,970.60 | 626.55 |
| 000017 | COLORMARK LLC | 7100-001 | 3,991.78 | 3,991.78 | 3,991.78 | 418.90 |
| 000002 | COURTYARD BY MARRIOTT-DALLAS MARKET | 7100-001 | 18,837.00 | 18,837.00 | 18,837.00 | 1,976.73 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | COURTYARD BY MARRIOTT-DALLAS MARKET | 7100-001 | NA | 18,837.00 | 2,000.00 | 209.88 |
| 000011 | M. ARTHUR GENSLER JR. & ASSOCIATES, | 7100-001 | 35,000.00 | 48,074.01 | 48,074.01 | 5,044.83 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,074,055.47 | $ 3,980,082.49 | $ 3,170,050.26 | $ 163,210.76 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-34269 | SGJ | Judge: STACEY G. JERNIGAN | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | BASE HOLDINGS, LLC | | | Date Filed (f) or Converted (c): | 12/03/09 (c) |
| | | | | 341(a) Meeting Date: | 02/08/10 |
| For Period Ending: | 08/14/17 | | | Claims Bar Date: | 05/10/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 25.00 | 25.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS/FURNISHINGS | 46,646.64 | 46,646.64 | | 0.00 | FA |
| ALL FURNITURE, ART, INTERIOR SIGNAGE | | | | | |
| 3. BOOKS/PICTURES ART OBJECTS/COLLECTIONS | 40,091.90 | 40,091.90 | | 0.00 | FA |
| AUDIO/VISUAL EQUIPMENT | | | | | |
| 4. ACCOUNTS RECEIVABLES | 78,551.12 | 78,551.12 | | 0.00 | FA |
| 5. OTHER CONTINGENT/UNLIQUIDATED CLAIMS | 2,800,000.00 | 2,800,000.00 | | 500,000.00 | FA |
| CLAIM AGAINST CENTER OPERATING COMPANY, LP ("COC") BASED ON COC's FRAUDULENT CONDUCT IN CONNECTION WITH THE DEBTOR"S LEASE WITH COC. VALUE AT LEAST $2,800,000 IN ACUTAL DAMAGES PLUS PUNITIVE DAMAGES | | | | | |
| 6. LICENSE/FRANCHISE/OTHER GENERAL INTANGIBLES | Unknown | 0.00 | | 0.00 | FA |
| TABC MIXED BEVERAGE PERMIT, MIXED BEVERAGE LATE HOURS PERMIT, BEVERAGE CARTAGE PERMIT | | | | | |
| 7. LICENSE/FRANCHISE/OTHER GENERAL INTANGIBLES | Unknown | 0.00 | | 0.00 | FA |
| CATERERS' PERMIT (CHILI'S FRANCHISE AGREEMENT) | | | | | |
| 8. OFFICE EQUIPMENT/FURNISHINGS/SUPPLIES | 1,000.00 | 1,000.00 | | 0.00 | FA |
| PAT GLEASON COMPUTER (LOCATED IN OHIO) | | | | | |
| 9. MACHINERY/FIXTURES/EQUIPMENT/SUPPLIES | 534,574.38 | 534,574.38 | | 0.00 | FA |
| RESTAURANT EQUIPMENT, EXTERIOR SIGNAGE, POINT OF SALE | | | | | |
| 10. INVENTORY | 12,000.00 | 12,000.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $3,512,889.04 | $3,512,889.04 | | $500,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

Ver: 20.00d

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-34269    SGJ    Judge: STACEY G. JERNIGAN | Trustee Name:    ROBERT YAQUINTO, JR., TRUSTEE |
| Case Name: | BASE HOLDINGS, LLC | Date Filed (f) or Converted (c):    12/03/09 (c) |
| | | 341(a) Meeting Date:    02/08/10 |
| | | Claims Bar Date:    05/10/10 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

AMENDED TFR SUBMITTED ON 11/23/2016 - AND FILED BY UST ON 12/20/2016. ADDITIONAL DISTRIBUTIONS MADE 12/22/2017.
TRUSTEE'S FINAL ACCOUNT TO BE SUBMITTED ONCE ALL CHECKS HAVE CLEARED (UP TO 90 DAYS FROM ISSUANCE OF CHECKS) AND UPON
RECEIPT OF -0- BALANCE BANK STATEMENT. ESTIMATED DATE OF CLOSING IS 05/01/2017.

SECOND AMENDED TFR SUBMITTED ON 03/10/2017.

Initial Projected Date of Final Report (TFR): 02/01/11    Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-34269 -SGJ | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BASE HOLDINGS, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9022  Checking - Non Interest |
| Taxpayer ID No: | *******5745 | | |
| For Period Ending: | 08/14/17 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $   500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/16 | 5 | CENTER OPERATING | Adversary Settlement<br>Bank Serial #: 0 | 1129-000 | 500,000.00 | | 500,000.00 |
| 01/28/16 | 005001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA  70139 | New Bond #016068372<br>01/22/16 through 01/22/17 | 2300-000 | | 1,000.00 | 499,000.00 |
| 02/24/16 | | GRUBER ELROD JOHANSEN HAIL SHANK<br>1445 Ross Avenue, Suite 2500<br>Dallas, TX  75202 | SPECIAL COUNSEL TO TRUSTEE EXPS<br>PAID PER ORDER ENTERED 02/23/2016 | 3220-610 | | 6,110.06 | 492,889.94 |
| 02/24/16 | | GRUBER ELROD JOHANSEN HAIL SHANK<br>1445 Ross Avenue, Suite 2500<br>Dallas, TX  75202 | SPECIAL COUNSEL FOR TRUSTEE FEES<br>PAID PER ORDER ENTERED 02/23/2016 | 3210-600 | | 83,333.33 | 409,556.61 |
| 02/24/16 | 005002 | KESSLER COLLINS, P.C.<br>2100 Ross Avenue, Sutie 750<br>Dallas, TX  75201 | SPECIAL COUNSEL FOR TRUSTEE FEES<br>PAID PER ORDER ENTERED 02/23/2016 | 3210-600 | | 83,333.33 | 326,223.28 |
| 02/24/16 | 005003 | KESSLER COLLINS, P.C.<br>2100 Ross Avenue, Sutie 750<br>Dallas, TX  75201 | SPECIAL COUNSEL TO TRUSTEE EXPENSES<br>PAID PER ORDER ENTERED 02/23/2016 | 3220-610 | | 11,314.18 | 314,909.10 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 239.07 | 314,670.03 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 648.20 | 314,021.83 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 466.20 | 313,555.63 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 450.31 | 313,105.32 |
| 09/22/16 | 005004 | MUNSCH HARDT KOPF & HARR, PC<br>3800 LINCOLN PLAZA<br>500 N. AKARD<br>DALLAS, TX  75201 | ATTORNEY FOR TRUSTEE - FEES<br>PAID PER ORDER ENTERED 04 01 2016<br>(DOCKET NO. 233) | 3210-000 | | 75,414.08 | 237,691.24 |
| 11/08/16 | 005005 | ROBERT YAQUINTO, JR., TRUSTEE<br>509 NORTH MONTCLAIR AVENUE<br>DALLAS, TX  75208 | Chapter 7 Compensation/Fees | 2100-000 | | 28,250.00 | 209,441.24 |

Page Subtotals        500,000.00        290,558.76

Ver: 20.00d

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-34269 -SGJ | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | BASE HOLDINGS, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9022 Checking - Non Interest |
| Taxpayer ID No: | *******5745 | | |
| For Period Ending: | 08/14/17 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/08/16 | 005006 | ROBERT YAQUINTO, JR., TRUSTEE<br>509 NORTH MONTCLAIR AVENUE<br>DALLAS, TX 75208 | Chapter 7 Expenses | 2200-000 | | 667.34 | 208,773.90 |
| 11/08/16 | 005007 | US Trustee <B>(ADMINISTRATIVE)</B><br>1100 Commerce St.<br>Room 976<br>Dallas, TX 75242 | Claim 000012A, Payment 100.00000% | 2950-000 | | 325.00 | 208,448.90 |
| 11/08/16 | 005008 | LAIN, FAULKNER & CO., P.C.<br>400 N. ST. PAUL STREET<br>SUITE 600<br>DALLAS, TX 75201 | Claim ACCT EXPS, Payment 100.00000%<br>ACCOUNTANT FOR TRUSTEE EXPENSES | 3420-000 | | 303.22 | 208,145.68 |
| 11/08/16 | 005009 | LAIN, FAULKNER & CO., P.C.<br>400 N. ST. PAUL STREET<br>SUITE 600<br>DALLAS, TX 75201 | Claim ACCT FEES, Payment 100.00000%<br>ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 5,050.00 | 203,095.68 |
| 11/08/16 | 005010 | SHERMAN & YAQUINTO<br>509 N. MONTCLAIR<br>DALLAS, TX 75208 | Claim ATTNY EXPS, Payment 100.00000%<br>ATTORNEY FOR TRUSTEE EXPENSES | 3120-000 | | 376.42 | 202,719.26 |
| 11/08/16 | 005011 | SHERMAN & YAQUINTO<br>509 N. MONTCLAIR<br>DALLAS, TX 75208 | Claim ATTNY FEES, Payment 100.00000%<br>ATTORNEY FOR TRUSTEE FEES | 3110-000 | | 39,637.50 | 163,081.76 |
| * 11/08/16 | 005012 | Dallas County<br>CO Laurie A. Spindler<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 Stemmons Freeway, Suite 10000<br>Dallas, TX 75207 | Claim 000003, Payment 100.00000% | 5800-003 | | 5,679.52 | 157,402.24 |
| * 11/08/16 | 005013 | Courtyard by Marriott-Dallas Market Center<br>Attn: Susan Perez<br>2150 Market Center Blvd.<br>Dallas, TX 75207 | Claim 000002, Payment 10.12040% | 7100-004 | | 1,906.38 | 155,495.86 |

Page Subtotals　　　0.00　　　53,945.38

Ver: 20.00d

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-34269 -SGJ | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | BASE HOLDINGS, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9022  Checking - Non Interest |
| Taxpayer ID No: | *******5745 | | |
| For Period Ending: | 08/14/17 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $  500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/08/16 | 005014 | BDO Seidman<br>CO Laurence W. Goldberg<br>Director, Receivables Management<br>4035 Premier Dr., Ste. 333<br>High Point, NC 27265 | Claim 000004, Payment 10.12000% | 7100-000 | | 86.02 | 155,409.84 |
| * 11/08/16 | 005015 | Courtyard by Marriott-Dallas Market Center<br>Attn: Susan Perez<br>2150 Market Center Blvd.<br>Dallas, TX 75207 | Claim 000006, Payment 10.12050% | 7100-004 | | 202.41 | 155,207.43 |
| 11/08/16 | 005016 | Brinker International, Inc.<br>CO Heather M. Forrest<br>Jackson Walker L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 | Claim 000008, Payment 10.12041% | 7100-000 | | 13,863.67 | 141,343.76 |
| 11/08/16 | 005017 | Dean Pickerell<br>3000 W. County Rd. 42<br>Suite 301<br>Burnsville, MN 55337 | Claim 000009, Payment 10.12041% | 7100-000 | | 54,821.72 | 86,522.04 |
| 11/08/16 | 005018 | First United Bank and Trust Company<br>1400 West Main Street<br>Durant, OK 74701 | Claim 000010, Payment 10.12041% | 7100-000 | | 58,383.60 | 28,138.44 |
| 11/08/16 | 005019 | M. Arthur Gensler Jr. & Associates, Inc.<br>Attn: Mark Walte<br>711 Louisiana St., Ste. 300<br>Houston, TX 77002 | Claim 000011, Payment 10.12042% | 7100-000 | | 4,865.29 | 23,273.15 |
| 11/08/16 | 005020 | Ben E. Keith Co. Foods<br>7650 Will Rogers Boulevard<br>Fort Worth, TX 76140-6022 | Claim 000013, Payment 10.12042% | 7100-000 | | 604.25 | 22,668.90 |
| 11/08/16 | 005021 | Patrick Gleason<br>10209 SE Tower Drive | Claim 000016, Payment 10.12041% | 7100-000 | | 22,264.91 | 403.99 |

Page Subtotals        0.00        155,091.87

Ver: 20.00d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 09-34269 -SGJ | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BASE HOLDINGS, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9022  Checking - Non Interest |
| Taxpayer ID No: | *******5745 | | |
| For Period Ending: | 08/14/17 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/08/16 | 005022 | Damascus, OR 97089-6330<br>Colormark LLC<br>1840 Hutton Drive, Building 208<br>Carrollton, TX 75006 | Claim 000017, Payment 10.12055% | 7100-000 | | 403.99 | 0.00 |
| * 11/21/16 | 005012 | Dallas County<br>CO Laurie A. Spindler<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 Stemmons Freeway, Suite 10000<br>Dallas, TX 75207 | Claim 000003, Payment 100.00000%<br>check returned by creditor because claim is paid in full. redistribute funds. | 5800-003 | | -5,679.52 | 5,679.52 |
| * 12/22/16 | 005023 | Courtyard by Marriott-Dallas Market Center<br>Attn: Susan Perez<br>2150 Market Center Blvd.<br>Dallas, TX 75207 | Claim 000002, Payment 0.36519% | 7100-004 | | 68.79 | 5,610.73 |
| 12/22/16 | 005024 | BDO Seidman<br>CO Laurence W. Goldberg<br>Director, Receivables Management<br>4035 Premier Dr., Ste. 333<br>High Point, NC 27265 | Claim 000004, Payment 0.36471% | 7100-000 | | 3.10 | 5,607.63 |
| * 12/22/16 | 005025 | Courtyard by Marriott-Dallas Market Center<br>Attn: Susan Perez<br>2150 Market Center Blvd.<br>Dallas, TX 75207 | Claim 000006, Payment 0.36500% | 7100-004 | | 7.30 | 5,600.33 |
| * 12/22/16 | 005026 | Brinker International, Inc.<br>CO Heather M. Forrest<br>Jackson Walker L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 | Claim 000008, Payment 0.36518% | 7100-004 | | 500.25 | 5,100.08 |
| 12/22/16 | 005027 | Dean Pickerell<br>3000 W. County Rd. 42<br>Suite 301 | Claim 000009, Payment 0.36517% | 7100-000 | | 1,978.12 | 3,121.96 |

Page Subtotals        0.00        -2,717.97

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 09-34269 -SGJ | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BASE HOLDINGS, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9022  Checking - Non Interest |
| Taxpayer ID No: | *******5745 | | |
| For Period Ending: | 08/14/17 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Burnsville, MN 55337 | | | | | |
| 12/22/16 | 005028 | First United Bank and Trust Company<br>1400 West Main Street<br>Durant, OK 74701 | Claim 000010, Payment 0.36517% | 7100-000 | | 2,106.65 | 1,015.31 |
| 12/22/16 | 005029 | M. Arthur Gensler Jr. & Associates, Inc.<br>Attn: Mark Walte<br>711 Louisiana St., Ste. 300<br>Houston, TX 77002 | Claim 000011, Payment 0.36517% | 7100-000 | | 175.55 | 839.76 |
| 12/22/16 | 005030 | Ben E. Keith Co. Foods<br>7650 Will Rogers Boulevard<br>Fort Worth, TX 76140-6022 | Claim 000013, Payment 0.36512% | 7100-000 | | 21.80 | 817.96 |
| 12/22/16 | 005031 | Patrick Gleason<br>10209 SE Tower Drive<br>Damascus, OR 97089-6330 | Claim 000016, Payment 0.36517% | 7100-000 | | 803.38 | 14.58 |
| 12/22/16 | 005032 | Colormark LLC<br>1840 Hutton Drive, Building 208<br>Carrollton, TX 75006 | Claim 000017, Payment 0.36525% | 7100-000 | | 14.58 | 0.00 |
| 02/27/17 | | Global Surety, LLC | bond refund | 2300-000 | | -129.00 | 129.00 |
| * 05/05/17 | 005013 | Courtyard by Marriott-Dallas Market Center<br>Attn: Susan Perez<br>2150 Market Center Blvd.<br>Dallas, TX 75207 | Stop Payment Reversal<br>SA | 7100-004 | | -1,906.38 | 2,035.38 |
| * 05/05/17 | 005015 | Courtyard by Marriott-Dallas Market Center<br>Attn: Susan Perez<br>2150 Market Center Blvd.<br>Dallas, TX 75207 | Stop Payment Reversal<br>SA | 7100-004 | | -202.41 | 2,237.79 |
| * 05/05/17 | 005023 | Courtyard by Marriott-Dallas Market Center<br>Attn: Susan Perez<br>2150 Market Center Blvd.<br>Dallas, TX 75207 | Stop Payment Reversal<br>SA | 7100-004 | | -68.79 | 2,306.58 |
| | | | | Page Subtotals | 0.00 | 815.38 | |

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 09-34269 -SGJ | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | BASE HOLDINGS, LLC | Bank Name: | UNION BANK |
|  |  | Account Number / CD #: | *******9022  Checking - Non Interest |
| Taxpayer ID No: | *******5745 |  |  |
| For Period Ending: | 08/14/17 | Blanket Bond (per case limit): |  |
|  |  | Separate Bond (if applicable): | $  500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| * 05/05/17 | 005025 | Courtyard by Marriott-Dallas Market Center<br>Attn: Susan Perez<br>2150 Market Center Blvd.<br>Dallas, TX 75207 | Stop Payment Reversal<br>SA | 7100-004 | | -7.30 | 2,313.88 |
| 05/09/17 | 005033 | U.S. BANKRUPTCY COURT<br>1100 COMMERCE ST., 1254<br>DALLAS, TX 75242 | Claim 000002, Payment 10.12040% | 7100-001 | | 1,906.38 | 407.50 |
| 05/09/17 | 005034 | U.S. BANKRUPTCY COURT<br>1100 COMMERCE ST., 1254<br>DALLAS, TX 75242 | Claim 000006, Payment 10.12050% | 7100-001 | | 202.41 | 205.09 |
| 05/09/17 | 005035 | U.S. BANKRUPTCY COURT<br>1100 COMMERCE ST., 1254<br>DALLAS, TX 75242 | Claim 000002, Payment 0.36519% | 7100-001 | | 68.79 | 136.30 |
| 05/09/17 | 005036 | U.S. BANKRUPTCY COURT<br>1100 COMMERCE ST., 1254<br>DALLAS, TX 75242 | Claim 000006, Payment 0.36500% | 7100-001 | | 7.30 | 129.00 |
| * 05/12/17 | 005037 | Brinker International, Inc.<br>CO Heather M. Forrest<br>Jackson Walker L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 | Claim 000008, Payment 0.00829% | 7100-004 | | 11.35 | 117.65 |
| 05/12/17 | 005038 | Dean Pickerell<br>3000 W. County Rd. 42<br>Suite 301<br>Burnsville, MN 55337 | Claim 000009, Payment 0.00829% | 7100-000 | | 44.93 | 72.72 |
| 05/12/17 | 005039 | First United Bank and Trust Company<br>1400 West Main Street<br>Durant, OK 74701 | Claim 000010, Payment 0.00829% | 7100-000 | | 47.84 | 24.88 |
| 05/12/17 | 005040 | Patrick Gleason<br>10209 SE Tower Drive | Claim 000016, Payment 0.00830% | 7100-000 | | 18.25 | 6.63 |

Page Subtotals          0.00          2,299.95

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7
Exhibit 9

| Case No: | 09-34269 -SGJ | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BASE HOLDINGS, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9022 Checking - Non Interest |
| Taxpayer ID No: | *******5745 | | |
| For Period Ending: | 08/14/17 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/12/17 | 005041 | Damascus, OR 97089-6330<br>U.S. BANKRUPTCY COURT<br>1100 COMMERCE ST., 1254<br>DALLAS, TX 75242 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #   CLAIM #   DIVIDEND<br>================================<br>  2        000002        1.56<br>  4        000004        0.08<br>  6        000006        0.17<br> 11        000011        3.99<br> 13        000013        0.50<br> 17        000017        0.33 | 7100-001<br>7100-001<br>7100-001<br>7100-001<br>7100-001<br>7100-001 | | 6.63 | 0.00 |
| * 06/14/17 | 005026 | Brinker International, Inc.<br>CO Heather M. Forrest<br>Jackson Walker L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 | Stop Payment Reversal<br>SA | 7100-004 | | -500.25 | 500.25 |
| * 06/14/17 | 005037 | Brinker International, Inc.<br>CO Heather M. Forrest<br>Jackson Walker L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 | Stop Payment Reversal<br>SA | 7100-004 | | -11.35 | 511.60 |
| 06/23/17 | 005042 | Brinker International, Inc.<br>C/O Monica Blacker<br>Jackson Walker L.L.P.<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201-2725 | Claim 000008, Payment 0.36518% | 7100-000 | | 500.25 | 11.35 |
| 06/23/17 | 005043 | Brinker International, Inc.<br>C/O Monica Blacker<br>Jackson Walker L.L.P.<br>2323 Ross Avenue, Suite 600 | Claim 000008, Payment 0.00829% | 7100-000 | | 11.35 | 0.00 |

Page Subtotals    0.00    6.63

Ver: 20.00d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8
Exhibit 9

| Case No: | 09-34269 -SGJ | | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|---|
| Case Name: | BASE HOLDINGS, LLC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******9022 Checking - Non Interest |
| Taxpayer ID No: | *******5745 | | | |
| For Period Ending: | 08/14/17 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 500,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dallas, TX 75201-2725 | | | | | |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 500,000.00 | 500,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 500,000.00 | 500,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 500,000.00 | 500,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - *******9022 | 500,000.00 | 500,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 500,000.00 | 500,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00   0.00

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*